**Order entered March 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01202-CV

## HADDINGTON FUND, LP, ET AL., Appellants

## V.

## BRADLEY S. KIDWELL, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02197-2016**

## ORDER

By order dated January 24, 2020, we abated this appeal due to the suggestion of bankruptcy filed by Haddington Fund, LP. *See* TEX. R. APP. P. 8.2. Before the Court is appellants' March 2, 2020 motion to reinstate the appeal with a copy of the bankruptcy court's order lifting the automatic stay to allow this appeal to proceed. We **GRANT** the motion and **REINSTATE** this appeal.

We **ORDER** LaTresta Ginyard, Official Court Reporter for the 199th Judicial District Court, to file the reporter's record **within ten days** of the date of this order.

/s/     ROBERT D. BURNS, III
             CHIEF JUSTICE